Case 4:17-cv-01930 Document 18 Filed on 12/07/17 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANKLIN CARL JONES, | § | |
| *Petitioner*, | § | |
| v. | § | CIVIL ACTION No. H-17-1930 |
| LORIE DAVIS, | § | |
| *Respondent*. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the 7th day of December, 2017.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE