United States District Court
Southern District of Texas
FILED

OCT 23 2018

David J. Bradley, Clerk of Court

4:17cv1930

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-20163

A True Copy
Certified order issued Oct 23, 2018

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

FRANKLIN CARL JONES,

    Petitioner-Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

    Respondent-Appellee

Appeal from the United States District Court
for the Southern District of Texas

O R D E R:

    Franklin Carl Jones, Texas prisoner # 1224452, was convicted by a jury of aggravated robbery and received a sentence of 50 years in prison. The district court denied his 28 U.S.C. § 2254 petition as untimely. In addition, the district court denied his motion to alter or amend the judgment, filed pursuant to Federal Rule of Civil Procedure 60(b), in which Jones challenged the district court's conclusion that he was not entitled to equitable tolling. He now seeks a certificate of appealability (COA), in which he argues that his trial counsel rendered ineffective assistance and that the trial court lacked jurisdiction over the criminal proceedings because he was incompetent to proceed.

    To obtain a COA, Jones must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3). This requires him to

No. 18-20163

demonstrates "that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

Jones's notice of appeal is timely only as to the district court's denial of his Rule 60(b) motion. Because Jones has failed to brief any argument challenging the denial of his Rule 60(b) motion, he has abandoned the sole ground for appeal. *See Bailey v. Cain*, 609 F.3d 763, 767 (5th Cir. 2010); *Hughes v. Johnson*, 191 F.3d 607, 613 (5th Cir. 1999). He has not established that reasonable jurists would conclude that the denial of Rule 60(b) relief constituted an abuse of discretion. *See Hernandez v. Thaler*, 630 F.3d 420, 428 (5th Cir. 2011).

Accordingly, Jones's motion for a COA is DENIED. His motion for leave to file amended exhibits is likewise DENIED.

/s/ *Priscilla R. Owen*
PRISCILLA R. OWEN
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 23, 2018

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 18-20163    Franklin Jones v. Lorie Davis, Director  
                           USDC No. 4:17-CV-1930

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____  
                         Christina A. Gardner, Deputy Clerk  
                         504-310-7684

cc w/encl:  
    Mr. Franklin Carl Jones  
    Ms. Jessica Michelle Manojlovich  
    Mr. Edward Larry Marshall